Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                            Case No.: 19−18678−MBK
                                            Chapter: 13
                                            Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frances M. DiBono
   aka Frances Della Monica
   2310 Hollywood Road
   Point Pleasant, NJ 08742

Social Security No.:
   xxx−xx−5970

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/5/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 6, 2019
JAN: kmf

                                                                                          Jeanne Naughton
                                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-18678-MBK
Frances M. DiBono                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2         Date Rcvd: Dec 06, 2019
                            Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.
```
db              +Frances M. DiBono,    2310 Hollywood Road,    Point Pleasant, NJ 08742-4303
518213635       +Borough of Point Pleasant,    2233 Bridge Avenue,    PO Box 25,    Point Pleasant, NJ 08742-4977
518269886       +Deutsche Bank National Trust Co.,    McCalla Raymer Leibert Pierce, LLC,
                 485F US Highway 1 South,    Suite 300,    Iselin, NJ 08830-3072
518340836       +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518213640       +McCalla Raymer Leibert Pierce, LLC,    485F US Highway 1 South,    Suite 300,
                 Iselin, NJ 08830-3072
518213641        New Jersey Natural Gas,    PO Box 11743,    Newark, NJ 07101-4743
518213642       +Specialized Loan Servicing,    8742 Lucent Boulevard, Suite 300,
                 Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2019 01:28:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2019 01:28:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518213636       +EDI: CAPITALONE.COM Dec 07 2019 05:48:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
518297065       +EDI: AIS.COM Dec 07 2019 05:48:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518213637        EDI: WFNNB.COM Dec 07 2019 05:48:00      Comenity Capital Bank/Alphaeon,    PO Box 183003,
                 Columbus, OH 43218-3003
518213638       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 07 2019 01:33:32      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
518213639        E-mail/Text: bankruptcy.bnc@ditech.com Dec 07 2019 01:28:33      Ditech Financial, LLC,
                 PO BOX 6172,    Rapid City, SD 57709-6172
518308488        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2019 01:34:13      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518341651        EDI: PRA.COM Dec 07 2019 05:48:00      Portfolio Recovery Associates, LLC,
                 C/O Walmart Credit Card,    POB 41067,    Norfolk VA 23541
518264659        EDI: Q3G.COM Dec 07 2019 05:48:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
518326912        EDI: Q3G.COM Dec 07 2019 05:48:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
518222943       +EDI: RMSC.COM Dec 07 2019 05:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518213643        EDI: RMSC.COM Dec 07 2019 05:48:00      Walmart Credit Card,    PO BOX 965023,
                 Orlando, FL 32896-5023
                                                                                              TOTAL: 13
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-A dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 06, 2019
                              Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Eric   Clayman    on behalf of Debtor Frances M. DiBono jenkins.clayman@verizon.net, connor@jenkinsclayman.com
         Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-A kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                                           TOTAL: 5