Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–18678–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frances M. DiBono
   aka Frances Della Monica
   2310 Hollywood Road
   Point Pleasant, NJ 08742

Social Security No.:
   xxx–xx–5970

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           3/25/20
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 23, 2020
JAN: dmi

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Frances M. DiBono
    Debtor

Case No. 19-18678-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jan 23, 2020
                     Form ID: 132     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2020.
```
db              +Frances M. DiBono,    2310 Hollywood Road,    Point Pleasant, NJ 08742-4303
518213635       +Borough of Point Pleasant,    2233 Bridge Avenue,    PO Box 25,    Point Pleasant, NJ 08742-4977
518269886       +Deutsche Bank National Trust Co.,    McCalla Raymer Leibert Pierce, LLC,
                  485F US Highway 1 South,    Suite 300,    Iselin, NJ 08830-3072
518340836       +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518213640       +McCalla Raymer Leibert Pierce, LLC,    485F US Highway 1 South,    Suite 300,
                  Iselin, NJ 08830-3072
518213641        New Jersey Natural Gas,    PO Box 11743,    Newark, NJ 07101-4743
518213642       +Specialized Loan Servicing,    8742 Lucent Boulevard, Suite 300,
                  Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 23:56:43     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2020 23:56:39     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518213636       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2020 00:03:41     Capital One,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
518297065       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 24 2020 00:04:06
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518213637        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 23 2020 23:56:26
                  Comenity Capital Bank/Alphaeon,    PO Box 183003,    Columbus, OH 43218-3003
518213638       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 24 2020 00:02:54     Credit One Bank,
                  PO Box 98873,    Las Vegas, NV 89193-8873
518213639        E-mail/Text: bankruptcy.bnc@ditech.com Jan 23 2020 23:56:09     Ditech Financial, LLC,
                  PO BOX 6172,    Rapid City, SD 57709-6172
518308488        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2020 00:04:00     LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518341651        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 00:02:51
                  Portfolio Recovery Associates, LLC,    C/O Walmart Credit Card,    POB 41067,    Norfolk VA 23541
518264659        E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2020 23:56:35
                  Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
518326912        E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2020 23:56:35
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA  98083-0788
518222943       +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 00:03:36     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518213643        E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 00:03:38     Walmart Credit Card,
                  PO BOX 965023,    Orlando, FL 32896-5023
                                                                                              TOTAL: 13
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2020 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-A dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Jan 23, 2020
                                  Form ID: 132             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Eric  Clayman    on behalf of Debtor Frances M. DiBono jenkins.clayman@verizon.net, connor@jenkinsclayman.com

      Kevin Gordon McDonald    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-A kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

      TOTAL: 5