| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| | |
|---|---|
| In re:<br><br>Frances M. DiBono<br><br><br>Debtor(s) | Case No.: 19-18678 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 1/25/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: 1/25/2022                                                                       /s/ Kierstyn Buchanan

                                                                                              Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Frances M. DiBono<br>2310 Hollywood Road<br>Point Pleasant, NJ  08742 | Debtor(s) | Regular Mail |
| Eric Clayman<br>Jenkins & Clayman<br>412 S White Horse Pike<br>Audubon, NJ  08106-1311 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |